No. 14,252.

FOX *v.* CROWE.
(... P. [2d] ...)

Decided June 20, 1938. Rehearing denied July 28, 1938.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Bouck, Mr. Justice Young and Mr. Justice Knous participating.

Mr. HOWARD ROEPNACK, for plaintiff in error.

Mr. A. D. QUAINTANCE, Mr. E. B. EVANS, for defendant in error.